1   RAFAEL CARRILLO (CA SBN: 289288)
    BRIAN DAVALOS (CA SBN: 289826)
2   STEPHEN MULNICK (CA SBN: 294631)
    CARRILLO DAVALOS, APLC
3   333 E. CHANNEL ST.
    STOCKTON, CA 95202
4   TELEPHONE: (916) 955-3677
    FACSIMILE: (888) 506-3591
5   ralph@carrillodavalos.com
    brian@carrillodavalos.com
6   stephen@carrillodavalos.com

7   ATTORNEYS FOR DEFENDANTS YASER ALNAJAR
    (INCORRECTLY STATED AS "YASEY A ALNAJAR") AND
8   PETER SCHLATTER

9

               UNITED STATES DISTRICT COURT

10

               EASTERN DISTRICT OF CALIFORNIA

11

                 SACRAMENTO DIVISION

12

| | |
|---|---|
| SCOTT JOHNSON | CASE NO.  2:14-CV-02297-MCE-DAD |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT YASER ALNAJAR (INCCORRECTLY STATED AS "YASEY A ALNAJAR") TO RESPOND TO COMPLAINT |
| v. | |
| PETER SCHLATTER; YASEY A ALNAJAR; and Does 1-10, | |
| Defendants. | |

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

-1-

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT YASER ALNAJAR (INCCORRECTLY STATED AS "YASEY A ALNAJAR") TO RESPOND TO COMPLAINT

1    IT IS HEREBY STIPULATED by and between Plaintiff, and Defendant YASER ALNAJAR

2  (INCORRECTLY STATED AS "YASEY A ALNAJAR") ("Defendant"), by and through their

3  respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 6-1(a),

4  Defendant may have to and including November 27, 2014 to file a responsive pleading in this

5  matter.  This extension of time is Defendant's first extension and does not alter the date of any event

6  or any deadline already fixed by Court order.

7

8  DATED:  OCTOBER 28, 2014              RESPECTFULLY SUBMITTED,

9                                       CARRILLO DAVALOS, APLC

10                                      BY: _____

11                                          STEPHEN MULNICK
                                            BRIAN DAVALOS
12                                          ATTORNEYS FOR DEFENDANTS YASER ALNAJAR
                                            (INCORRECTLY STATED AS "YASEY A ALNAJAR")
13                                          AND PETER SCHLATTER

14  DATED: October 29, 2014              CENTER FOR DISABILITY ACCESS

15

16                                      BY: _____

17                                          RAYMOND G. BALLISTER, JR.
                                            MARK POTTER
18                                          PHYL GRACE

19

20

21

22

23

24

25

26

27

28

4853-0227-2800v1
LPALA\NEWNEW