RAFAEL CARRILLO (CA SBN: 289288)
BRIAN DAVALOS (CA SBN: 289826)
STEPHEN MULNICK (CA SBN: 294631)
CARRILLO DAVALOS, APLC
333 E. CHANNEL ST.
STOCKTON, CA 95202
TELEPHONE: (916) 955-3677
FACSIMILE: (888) 506-3591
ralph@carrillodavalos.com
brian@carrillodavalos.com
stephen@carrillodavalos.com

ATTORNEYS FOR DEFENDANTS YASER ALNAJAR
(INCORRECTLY ENTERED AS "YASEY A ALNAJAR") AND
PETER SCHLATTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON<br><br>    Plaintiff,<br><br>v.<br><br>PETER SCHLATTER; YASEY A ALNAJAR; and Does 1-10,<br><br>    Defendants. | CASE NO.   2:14-CV-02297-MCE-DAD<br><br>DEFENDANT YASER ALNAJAR'S (INCORRECTLY ENTERED AS "YASEY A. ALNAJAR") RESPONSE TO PLAINTIFF'S COMPLAINT |

Defendant, YASER ALNAJAR (incorrectly entered as "YASEY A ALNAJAR"), an individual, answers the Plaintiff's complaint for itself and no other parties as follows:

1. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 1 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

2. This Defendant admits the allegations set forth in Paragraph 2 of Plaintiff's Complaint.

3. This Defendant denies the allegations set forth in Paragraph 3 of Plaintiff's Complaint.

4. This Defendant admits the allegations set forth in Paragraph 4 of Plaintiff's Complaint.

5. This Defendant admits the allegations set forth in Paragraph 5 of Plaintiff's Complaint.

6. This Defendant admits the allegations set forth in Paragraph 6 of Plaintiff's Complaint.

7. This Defendant admits the allegations set forth in Paragraph 7 of Plaintiff's Complaint.

4853-0227-2800v1
LPALA\NEWNEW

8. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 8 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

9. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 9 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

10. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 10 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

11. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 11 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

12. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 12 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

13. This Defendant denies the allegations set forth in Paragraph 13 of Plaintiff's Complaint.

14. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 14 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

15. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 15 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

16. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 16 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

17. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 17 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

18. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 18 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

19. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 19 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

20. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 20 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

21. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 21 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

22. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 22 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

23. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 23 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

24. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 24 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

25. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 25 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

26. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 26 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

///

DEFENDANT YASER ALNAJAR'S RESPONSE TO PLAINTIFF'S COMPLAINT

27. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 27 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

28. This Defendant has no information or belief upon which to respond to the allegations set forth in Paragraph 28 of Plaintiff's Complaint, and on that basis, deny such allegations, leaving Plaintiff to his proofs.

### FIRST DEFENSE

29. Plaintiff's claims and causes of action are barred in whole or in part because this answering Defendant owed no legal duty to Plaintiff, or if it owed a legal duty, it did not breach that duty.

### SECOND DEFENSE

30. Plaintiff's claims and causes of action are barred in whole or in part by the doctrines of waiver, estoppel, and laches.

### THIRD DEFENSE

31. Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the Court lacks jurisdiction over the subject matter of this action.

### FOURTH DEFENSE

32. Plaintiff lacks standing to commence this lawsuit, and therefore the Complaint should be dismissed.

### FIFTH DEFENSE

33. Plaintiff has demanded modifications that are not readily achievable, structurally impracticable, technically infeasible, and/or are not required.

### SIXTH DEFENSE

34. Plaintiff has demanded modifications that would either create an undue hardship on this answering Defendant, or that would threaten the health and safety of this answering Defendant or others.

///

///

## SEVENTH DEFENSE

35. Plaintiff has demanded modifications that would require this answering Defendant to fundamentally alter the way it provides its goods and services or would result in an undue burden.

## EIGHTH DEFENSE

36. This answering Defendant reserves the right to raise additional affirmative defenses as further discovery may warrant.

WHEREFORE, Defendant, YASER ALNAJAR (incorrectly entered as "YASEY A ALNAJAR"), prays that Plaintiff takes nothing by the Complaint or any of its causes of action, for cost of suit herein incurred, for reasonable attorney's fees, and for such other and further relief as this Court deems proper.

DATED: NOVEMBER 24, 2014

RESPECTFULLY SUBMITTED,

CARRILLO DAVALOS, APLC

BY: _____
STEPHEN MULNICK
BRIAN DAVALOS
ATTORNEYS FOR DEFENDANTS YASER ALNAJAR
(INCORRECTLY STATED AS "YASEY A ALNAJAR")
AND PETER SCHLATTER