```
RAFAEL CARRILLO (CA SBN: 289288)
BRIAN DAVALOS (CA SBN: 289826)
STEPHEN MULNICK (CA SBN: 294631)
CARRILLO DAVALOS, APLC
333 E. CHANNEL ST.
STOCKTON, CA 95202
TELEPHONE: (916) 955-3677
FACSIMILE: (888) 506-3591
ralph@carrillodavalos.com
brian@carrillodavalos.com
stephen@carrillodavalos.com
```

ATTORNEYS FOR DEFENDANT YASER ALNAJAR
(INCORRECTLY ENTERED AS "YASEY A ALNAJAR")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>PETER SCHLATTER; YASEY A ALNAJAR; and Does 1-10,<br><br>    Defendants. | CASE NO.  2:14-CV-02297-MCE-DAD<br><br>DEFENDANT YASER ALNAJAR'S (INCORRECTLY ENTERED AS "YASEY A. ALNAJAR") SUBSTITUTION OF ATTORNEY |

Notice is hereby given that, subject to approval by the court, Defendant YASER ALNAJAR (incorrectly entered as "YASEY A ALNAJAR"), an individual, substitutes himself, *in pro per*, as counsel of record in place of Rafael Carrillo and Stephen Mulnick of Carrillo Davalos, APLC.

Contact information for new counsel is as follows:

Yaser Alnajar
5718 Montaubon Ave., Stockton, CA 95210
Ph: (209) 463-1970   /   Fax: n/a
alnajary@yahoo.com

///

///

-1-
DEFENDANT YASER ALNAJAR'S SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| 1 | I consent to the above substitution. |
| 2 | Date: |
| | 11/26/14 |
| 3 | |
| | YASER ALNAJAR (PARTY) |
| 4 | I consent to the above substitution. Date: 11/26/14 |
| 5 | |
| | RAFAEL CARRILLO (FORMER ATTORNEY) |
| 6 | Date: 11/26/2014 |
| 7 | |
| | STEPHEN MULNICK (FORMER ATTORNEY) |
| 8 | I consent to the above substitution. |
| 9 | Date: |
| 10 | 11/26/14 |
| 11 | |
| | YASER ALNAJAR (IN PRO PER) |

This substitution of attorney is hereby approved and so ORDERED.

Date: _____

Hon. Morrison England