DocuSign Envelope ID: E26BCCF1-F76B-4EAE-9834-FC32174B2EB3

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
P.O. Box 262490
San Diego, CA 92196-2490

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON<br><br>Plaintiff(s)<br><br>v.<br><br>SCHLATTER, ET AL.<br><br>Defendant(s) | **CASE NUMBER:**<br>2:14-cv-02297-MCE-DAD<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: See Attachment

2. **Person served:**
   a. [X] Defendant *(name)*: Yasey A Alnajar
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      Marwah Sayyah (employee incharge /authorized)
   c. [X] Address where papers were served: A & A DISCOUNT CIGARETTE 613 S SAN JOAQUIN ST, STOCKTON CA 95203-3726

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____

   b. [X] By **Substituted service**. By leaving copies:

      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [X] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [X] **Papers were served on** *(date)*: Oct 9, 2014   at *(time)*: 5:00 PM

      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [X] **papers were mailed** on (date): Oct 16, 2014

      6. [X] **due diligence**. I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                     PAGE 1

c. ☐ **Mail and acknowledgment of service**. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint)**.

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity**. **(C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service)**.

f. ☐ **Service on a foreign corporation**. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**. By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Sabina Ohta

   PO. Box 293121, Sacramento, CA 95829

   (707) 653-6482

   a. Fee for service: $ 35.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/10/2014

*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**
CV-1 (04/01)                                                                                                                          PAGE 2

Civil Action No. 2:14-cv-02297-MCE-DAD

# AFFIDAVIT OF REASONABLE DILIGENCE

I, Sabina Ohta, declare I am a Registered Process Server and was retained by Armada Prime. I was on the dates mentioned herein over the age of eighteen years and not a party to this action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

Name of party served: Yasey A Alnajar

Attempt 1
Oct 6, 2014 and 10:00 pm
(BUSINESS) A & A DISCOUNT CIGARETTE 613 S SAN JOAQUIN ST , STOCKTON , CA 95203-3726
Unsuccessful Service Attempt

Attempt 2
Oct 7, 2014 and 7:00 AM
(BUSINESS) A & A DISCOUNT CIGARETTE 613 S SAN JOAQUIN ST , STOCKTON , CA 95203-3726
Unsuccessful Service Attempt

Attempt 1
Oct 9, 2014 and 5:00 PM
(BUSINESS) A & A DISCOUNT CIGARETTE 613 S SAN JOAQUIN ST , STOCKTON , CA 95203-3726
Unsuccessful Service Attempt. I was able to serve personally Marwah Sayyah who identified himself as the employee in charge. Male, 34 yrs, Middle Eastern, 150 lbs, 5'10", Black hair, Black eyes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: 12/10/2014    Signature: _____

Case Name: JOHNSON v. SCHLATTER ET AL

Case Number: 2:14-cv-02297-MCE-DAD

# DOCUMENTS SERVED

| | |
|---|---|
| ✔ SUMMONS & PROOF OF SERVICE | ☐ ECF REGISTRATION INFORMATION HANDOUT |
| ✔ COMPLAINT & CIVIL COVER SHEET | ☐ ORDER SETTING CASE MANAGEMENT CONFERENCE |
| ✔ INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET | ☐ NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE |
| ☐ VERIFICATION | ☐ VOLUNTARY EFFICIENT LITIGATIONS STIPULATIONS |
| ☐ CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION | ☐ STIPULATION - EARLY ORGANISATIONAL MEETING |
| ☐ NOTICE TO PARTIES OF COURT – DIRECTED ADR PROGRAM | ☐ STIPULATION – DISCOVERY RESOLUTION |
| ☐ CERTIFICATION AND NOTICE OF INTERESTED PARTIES | ☐ INFORMAL DISCOVERY CONFERENCE |
| ☐ NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES | ☐ STIPULATION AND ORDER – MOTIONS IN LIMINE |
| ☐ NOTICE TO COUNSEL | ✔ NEW ADVISORY PURSUANT TO SECTION 55.3 OF THE CIVIL CODE |
| ☐ ATTENTION: NEW CVIL ACTIONS | ☐ NEW ADVISORY PURSUANT TO SECTION 55.4 OF THE CIVIL CODE NOTICE TO DEFENDANT |
| ☐ DEMAND FOR JURY TRIAL | ✔ NOTICE OF STAY & EARLY EVALUATION CONFERENCE |
| ☐ NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR) | ✔ DEFENDANT'S APPLICATION FOR STAY & EARLY EVALUATION CONFERENCE PER CIVIL CODE 55.54 |
| ☐ ORDER RE STATUS (PRE TRIAL SCHEDULING) CONFERENCE | ✔ OTHER |
| ✔ NOTICE OF AVAILABILITY OF A MAJISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS | NEW ADVISORY PURSUANT TO SECTION 55.54 OF THE CIVIL CODE- NOTICE TO DEFENDANT |
| ✔ NOTICE OF AVAILABILITY-VOLUNTARY DISPUTE RESOLUTION | |
| ✔ STIPULATION TO ELECT REFFERAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) | |
| ✔ ORDER REQUIRING JOINT STATUS REPORT | |
| ☐ ORDER RE FILING REQUIREMENTS | |
| ☐ ORDER SETTING MANDATORY SCHEDULING CONFERENCE | |
| ☐ STANDING ORDER REGARDING CASE MANAGEMENT IN ALL CIVIL CASES | |
| ☐ SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT | |
| ☐ CIVIL MINUTES – GENERAL | |
| ☐ SETTLEMENT CONFERENCE PROCEDURES | |
| ☐ STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALFORNIA | |
| ✔ CONSENT TO PROCEED BEFORE A UNITED STATE MAJISTRATE JUDGE | |