UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>      v.<br><br>PETER SCHLATTER, et al.,<br><br>        Defendants. | No. 2:14-CV-02297-MCE-DAD<br><br><br>**ORDER** |

Presently before the Court is Defendant Yassey A. Alnajar's Motion to Withdraw as Attorney (ECF No. 6). That Motion is DENIED without prejudice for failure to comply with the local rules, and the January 8, 2015, hearing on the Motion is VACATED.[1]

IT IS SO ORDERED.

Dated: December 11, 2014

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Among other things, those rules mandate that "an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared." E.D. Cal. Local Rule 182(d).

1