UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **PETER SCHLATTER; YASEY A ALNAJAR**; and Does 1-10, <br><br> Defendants | No. 2:14-cv-02297-MCE-DAD <br><br> ORDER EXTENDING DATE FOR FILING DISPOSITIONAL DOCUMENTS |

In accordance with the parties' stipulation to extend the deadline for filing dispositional documents in this matter, that deadline is hereby extended to September 16, 2015.

IT IS SO ORDERED.

Dated: August 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT