UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER SCHLATTER; YASEY A ALNAJAR; and Does 1-10,<br><br>    Defendants, | Case: 2:14-CV-02297-MCE-DAD<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' joint stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, the above-entitled matter is hereby dismissed with prejudice, each side to bear their own attorneys' fees and costs.  Since this matter is now concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  September 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT